IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| DANNY TURNER, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:14-cv-00039-TCB |
| CITY OF TALLAPOOSA, GEORGIA, ) | |
| ) | |
|     Defendant. ) | |

## ORDER

This matter is before the Court on a Joint Motion for Review and Approval of the Parties' Settlement Agreement and Full and Final Release of All Claims. The Court finds that Plaintiff's claims include disputes over compliance with the provisions of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* Upon review of the proposed Release, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion for Review and Approval of Settlement Agreement and Full and Final Release of All Claims is **GRANTED**.

2. The Parties' Settlement Agreement and Full and Final Release of All Claims is **APPROVED**.

-2-

IT IS SO ORDERED, this the 13th day of _____June_____ 2014.

_____
Honorable Timothy C. Batten, Sr
United States District Judge